DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BARBER

No. 637P01

Case below: 147 N.C. App. 69

Motion by Attorney General for temporary stay allowed 21 November 2001 pending determination of the State's petition for discretionary review.

STATE v. BOWERS

No. 630P01

Case below: 146 N.C. App. 270

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 18 December 2001.

STATE v. BROWN

No. 602P01

Case below: 146 N.C. App. 299

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 18 December 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 December 2001.

STATE v. FAIR

No. 506A99

Case below: 354 N.C. 131

Motion by defendant for reconsideration and stay of the mandate denied 6 December 2001. Motion by Appellate Defender for withdrawal of opinion denied 6 December 2001. Motion by Appellate Defender for additional briefing as amicus curiae dismissed as moot 6 December 2001. Motion by N.C. Academy of Trial Lawyers for leave fo file amicus curiae brief dismissed as moot 6 December 2001.